```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ILIE ZDRAGAT, <br> Defendant. | CR. NO. 2:12-cr-00387 MCE <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS CONFERENCE |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Ilie Zdragat, through his counsel, Kenny N. Giffard, stipulate and agree to continue the status conference, scheduled for January 24, 2013, to March 28, 2013, at 9:00 a.m.

This case involves allegations that defendant participated in a scheme to file false tax returns. The government has recently released to defense counsel a significant number of audiotapes related to the investigation of this matter.

///

///

1

Defense counsel needs time to review the tapes, arrange for translation of any tapes which are not in English, and to conduct follow-up investigation related to matters discussed in the tapes. The parties therefore request that the current status conference be continued and that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including March 28, 2013.

Kenny Giffard has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 22, 2013     By: /s/ Todd D. Leras
                                TODD D. LERAS
                                Assistant U.S. Attorney

DATED: January 22, 2013     By: /s/ Todd D. Leras for
                                KENNY N. GIFFARD
                                Attorney for Defendant

///
///
///

2

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for January 24, 2013, is continued to March 28, 2013, at 9:00 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including March 28, 2013.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE