BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 2:12-cr-0387 TLN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ILIE ZDRAGAT, | |
| Defendant. | |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Ilie Zdragat, through his counsel, Kenny N. Giffard, stipulate and agree to continue the status conference, scheduled for June 20, 2013, to September 26, 2013, at 9:30 a.m.

This case involves allegations that defendant participated in a scheme to file false tax returns. The discovery includes a significant number of audiotapes related to the investigation of this matter. These tapes are in the Moldavan language. Defense counsel needs additional time to complete an appropriate review of tape translations in order to advise his client on how to proceed in

1

the case.  The  parties therefore request that the current status conference be continued and that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel).  The parties agree to an exclusion of time for the reasons stated above up to and including September 26, 2013.

    Kenny Giffard has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 18, 2013        By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: June 18, 2013        By: /s/ Todd D. Leras for
                                    KENNY N. GIFFARD
                                    Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for June 20, 2013, is continued to September 26, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including September 26, 2013

DATED: June 19, 2013

Troy L. Nunley
United States District Judge