```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 2:12-cr-0387 TLN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) TO CONTINUE STATUS CONFERENCE |
| ILIE ZDRAGAT, | ) |
| Defendant. | ) |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Ilie Zdragat, through his counsel, Kenny N. Giffard, stipulate and agree to continue the status conference, scheduled for September 26, 2013, to December 5, 2013, at 9:30 a.m.

This case involves allegations that defendant participated in a scheme to file false tax returns. The discovery includes a significant number of audiotapes related to the investigation of this matter. These tapes are in the Moldavan language. Defense counsel has not yet had sufficient time to complete an appropriate review of the taped conversations. In addition, defense counsel

needs to discuss the content of the tapes with his client in order to address potential defenses in the case. The parties therefore request that the current status conference be continued and that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including December 5, 2013.

    Kenny Giffard has authorized Assistant U.S. Attorney Todd Leras to sign this stipulation on his behalf following a review of its contents.

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: September 20, 2013        By: /s/ Todd D. Leras
                                              TODD D. LERAS
                                              Assistant U.S. Attorney

DATED: September 20, 2013        By: /s/ Todd D. Leras for
                                              KENNY N. GIFFARD
                                              Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for September 26, 2013, is continued to December 5, 2013, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including December 5, 2013

DATED: September 23, 2013

Troy L. Nunley
United States District Judge